Alvin E. BIRKHOLZ, Plaintiff–Appellant,

v.

Richard A. SIMONTON, Defendant–Appellee.

No. 01–35198.

D.C. No. CV–01–21–JDS.

United States Court of Appeals, Ninth Circuit.

Submitted May 14, 2001.*

Decided June 1, 2001.

R.App. P. 34(a)(2).

Before PREGERSON, FERNANDEZ, and WARDLAW, Circuit Judges.

### MEMORANDUM **

Alvin E. Birkholz appeals pro se the district court's judgment dismissing on judicial immunity grounds his action alleging a Montana state court judge violated his due process rights by holding him in contempt and dismissing his state court action. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Moore v. Brewster*, 96 F.3d 1240, 1243 (9th Cir. 1996), and we affirm on the ground that the district court lacked subject matter jurisdiction, *Steel Co. v. Citizens for a Better Environment*, 523 U.S. 83, 94–95, 118 S.Ct. 1003, 140 L.Ed.2d 210 (1998) (noting that jurisdiction is a threshold issue that must be raised sua sponte).

Because federal courts do not have jurisdiction to review state court decisions, we affirm the district court's dismissal of Birkholz's action. *See Worldwide Church of God v. McNair*, 805 F.2d 888, 890–93 (9th Cir.1986) (citing *Rooker v. Fidelity Trust Co.*, 263 U.S. 413, 44 S.Ct. 149, 68 L.Ed. 362 (1923) and *D.C. Court of Appeals v. Feldman*, 460 U.S. 462, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983)).

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a); 9th Cir. R. 34–4.

We reject Birkholz's contention that the district court improperly relied on the findings of a magistrate judge. *See* 28 U.S.C. § 636(b)(1).

AFFIRMED.

---

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.